# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**RICKY LEE LONG**                                                                                  **PETITIONER**

**V.**                                                        **NO. 1:07CV068-A-D**

**CHRISTOPHER EPPS, et al.**                                           **RESPONDENTS**

## ORDER OVERRULING OBJECTIONS and ADOPTING REPORT AND RECOMMENDATION

Petitioner, an inmate proceeding *pro se*, filed this matter pursuant to 28 U.S.C. § 2254. On July 16, 2008, Magistrate Judge Jerry A. Davis recommended that this matter be dismissed with prejudice. On September 3, 2008, Petitioner filed Objections to the Report and Recommendation.

The court finds that Petitioner's arguments are not well-taken and that the objections should be overruled for the reasons stated in the Report and Recommendation, which the court approves and adopts as its opinion.

THEREFORE, it is hereby ORDERED that

(1) Petitioner's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

(2) the Report and Recommendation is APPROVED and ADOPTED as the opinion of this court;

(3) the claims are DISMISSED with prejudice;

(4) this matter is CLOSED.

SO ORDERED, this the  8th  day of January, 2009.

                                                           /s/ Sharion Aycock
                                                           **UNITED STATES DISTRICT JUDGE**